**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Brandon Lamar DANCY, Defendant–Appellant.**

No. 08–50550.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 17, 2009.*

Filed Dec. 16, 2009.

Michael J. Raphael, Esquire, Assistant U.S., Office of the U.S. Attorney, Los An-

geles, CA, Wendy T. Wu, Assistant U.S., Central District of California, Los Angeles, CA, for Plaintiff–Appellee.

Brandon Lamar Dancy, USP–United States Penitentiary (Victorville), Adelanto, CA, for Defendant–Appellant.

Before: ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

MEMORANDUM **

Brandon Lamar Dancy appeals from his guilty-plea conviction and 77–month sentence imposed for being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Dancy's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.